UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
JOHN MARTIN,

        Plaintiff,

v.                                                    05 CV 1002 (SCR)
                                                 STIPULATION OF DISMISSAL
FUJI HUNT PHOTOGRAPHIC                                WITH PREJUDICE
CHEMICALS, INC.,

        Defendant.
----------------------------------------x

By their respective counsel, plaintiff John Martin and defendant Fuji Hunt Photographical Chemicals, Inc., hereby stipulate that this Action shall de dismissed with prejudice, and with no costs or attorneys fees to either party..

DATED:   February 8, 2006

*[signature]*
Paul N. Cisternino

701 Westchester Avenue
Suite 308W
White Plains, NY 10604
Tel.: (914) 997-0303

Attorney for Plaintiff
John Martin

*[signature]*
Adin C. Goldberg

Pitney Hardin LLP
7 Times Square
New York, New York 10036
Tel.: (212) 297-5800

Attorneys for Defendant
Fuji Hunt Photographic
Chemicals, Inc.

SO ORDERED this 2 day of March ~~February~~ 2006:

*[signature]*
Stephen C. Robinson
United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY [FILED]
DOC #: